AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) <br> ) <br> ) |
| *Defendant(s)* | ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALLERGAN PLC f/k/a ACTAVIS PLS

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
CLONSHAUGH BUSINESS AND TECHNOLOGY PARK
COOLOCK
DUBLIN, D17 E 400, IRELAND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
                 Mathew R. Klein
                 Mark D. Guilfoyle
                 Dressman Benzinger LaVelle psc
                 Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*

Date:   8-22-18

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                  _____
                                              *Server's signature*

                                           _____
                                              *Printed name and title*

                                           _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
400 INTERPACE PKWY #3
PARSIPPANY, NJ  07054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No. 2:18-CV-00146-GFVT |
| v. ) | |
| AMERISOURCEBERGEN DRUG CORPORATION, ) | |
| ET AL. ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACTAVIS LLC

SERVE VIA CERTIFIED MAIL

CORPORATE CREATIONS NETWORK INC.
101 NORTH SEVENTH STREET
LOUISVILLE, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                               *Server's signature*

                                               *Printed name and title*

                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

SAINT ELIZABETH MEDICAL CENTER, INC., ET AL.

)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:18-CV-00146-GFVT
AMERISOURCEBERGEN DRUG CORPORATION, )
ET AL. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.

SERVE VIA CERTIFIED MAIL

CORPORATE CREATIONS NETWORK INC.
101 NORTH SEVENTH STREET
LOUISVILLE, KY 40202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*


                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MALLINCKRODT PLC

> SERVE VIA SECRETARY OF STATE
> C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
> 3 LOTUS PARK, THE CAUSEWAY
> STAINES-UPON-THAMES
> SURREY TW18 3AG, UNITED KINGDOM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard G. Meyer
> Mathew R. Klein
> Mark D. Guilfoyle
> Dressman Benzinger LaVelle psc
> Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*

KRR

Date: 8-22-18

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                         .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                         , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                 ; or

☐ I returned the summons unexecuted because                                         ; or

☐ Other *(specify):*


My fees are $                for travel and $                for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CVS HEALTH CORPORATION

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
ONE CVS DRIVE
WOONSOCKET, RI  02895

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*

Date:   8-22-18

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                            .

□ I personally served the summons on the individual at *(place)*

on *(date)*                            ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                            , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                            ; or

□ I returned the summons unexecuted because                                              ; or

□ Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $      0.00        .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, | ) |
| ET AL. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WALGREENS BOOTS ALLIANCE, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
108 WILMOT ROAD
DEERFIELD, IL  60015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

□ I personally served the summons on the individual at *(place)*

                              on *(date)*                        ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

                              , a person of suitable age and discretion who resides there,

on *(date)*                        , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)*                                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

                              on *(date)*                        ; or

□ I returned the summons unexecuted because                                                                  ; or

□ Other *(specify):*

My fees are $              for travel and $              for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:                              

                              *Server's signature*

                              *Printed name and title*

                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▢

SAINT ELIZABETH MEDICAL CENTER, INC., ET AL.

)
)
)
)
)
)

*Plaintiff(s)*

v.

AMERISOURCEBERGEN DRUG CORPORATION, ET AL.

)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MIAMI-LUKEN, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
265 S. PIONEER BLVD.
SPRINGBORO, OH  45066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**Robert R. Carr, Clerk**

*Signature of Clerk or Deputy Clerk*

KRB

Date:    8-22-18

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                                   .

❏  I personally served the summons on the individual at *(place)*

on *(date)*                                   ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)*                                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                   ; or

❏  I returned the summons unexecuted because                                                           ; or

❏  Other *(specify):*

My fees are $                    for travel and $                    for services, for a total of $     0.00              .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ WATSON LABORATORIES, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
132 BUSINESS CENTER DRIVE
CORONA, CA 92880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-22-18

**Robert R. Carr, Clerk**
_Signature of Clerk or Deputy Clerk_

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

❐ I returned the summons unexecuted because                          ; or

❐ Other *(specify):*


My fees are $                 for travel and $                 for services, for a total of $      0.00      .


I declare under penalty of perjury that this information is true.


Date:                          

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

SAINT ELIZABETH MEDICAL CENTER, INC., ET AL.

)
)
)
)
)
)
)
)
)
)
)
)

_Plaintiff(s)_

v.

Civil Action No. 2:18-CV-00146-GFVT

AMERISOURCEBERGEN DRUG CORPORATION,
ET AL.

_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CARDINAL HEALTH, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
7000 CARDINAL PLACE
DUBLIN, OH 43017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    8-22-18

Robert R. Carr, Clerk
_Signature of Clerk or Deputy Clerk_

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

◻ I personally served the summons on the individual at *(place)*

                                                on *(date)*                              ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

                                        , a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                on *(date)*                              ; or

◻ I returned the summons unexecuted because                                        ; or

◻ Other *(specify):*


My fees are $                   for travel and $                   for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date:

                                                        *Server's signature*


                                                        *Printed name and title*


                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PURDUE PHARMA, INC.

SERVE VIA SECRETARY OF STATE
C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1 STAMFORD FORUM
201 TRESSER BLVD.
STAMFORD, CT  06901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▣

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, <br> ET AL. | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE PURDUE FREDERICK COMPANY, INC.

           SERVE VIA SECRETARY OF STATE <br>
           C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT <br>
           1 STAMFORD FORUM <br>
           201 TRESSER BLVD. <br>
           STAMFORD, CT  06901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard G. Meyer
                                 Mathew R. Klein
                                 Mark D. Guilfoyle
                                 Dressman Benzinger LaVelle psc
                                 Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TEVA PHARMACEUTICAL INDUSTRIES, LTD.

SERVE VIA SECRETARY OF STATE
C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
5 BASEL STREET
PETACH TIKVA
ISRAEL  4951033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

❑ I personally served the summons on the individual at *(place)*

                                                                on *(date)*                          ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

                                       , a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*                                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                                on *(date)*                          ; or

❑ I returned the summons unexecuted because                                                    ; or

❑ Other *(specify):*


My fees are $                 for travel and $                 for services, for a total of $    0.00           .

I declare under penalty of perjury that this information is true.


Date:

                                                        _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky ▾

|  |  |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TEVA PHARMACEUTICALS USA, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1090 HORSHAM ROAD
NORTH WALES, PA  19454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

❑ I personally served the summons on the individual at *(place)*

on *(date)*                          ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                          , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)*                          , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                          ; or

❑ I returned the summons unexecuted because                          ; or

❑ Other *(specify):*


My fees are $                          for travel and $                          for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.


Date:

*Server's signature*


*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-CV-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CEPHALON, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1090 HORSHAM ROAD
NORTH WALES, PA  19454

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

Date:  8-22-18

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☐ Other *(specify):*


My fees are $                 for travel and $                 for services, for a total of $        0.00        .


I declare under penalty of perjury that this information is true.


Date:

*Server's signature*


*Printed name and title*


*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▼

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, | ) |
| ET AL. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOHNSON & JOHNSON

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK, NJ  08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   8-22-18   _____

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*
KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

□  I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

□  I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                     , and mailed a copy to the individual's last known address; or

□  I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

□  I returned the summons unexecuted because                                              ; or

□  Other *(specify):*

My fees are $                     for travel and $                     for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-CV-00146-GFVT |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NORAMCO, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1440 OLYMPIC DRIVE
ATHENS, GA  30601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                              .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

❏ I returned the summons unexecuted because                              ; or

❏ Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| AMERISOURCEBERGEN DRUG CORPORATION, ET AL. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:18-cv-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENDO HEALTH SOLUTIONS INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1400 ATWATER DRIVE
MALVERN, PA  19355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY  41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8-22-18

**Robert R. Carr, Clerk**
*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                              *Server's signature*

                                           _____
                                                              *Printed name and title*

                                           _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ☑

| | |
|---|---|
| SAINT ELIZABETH MEDICAL CENTER, INC., ET AL.<br><br>*Plaintiff(s)*<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, ET AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:18-cv-00146-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ENDO PHARMACEUTICALS, INC.

SERVE VIA SECRETARY OF STATE

C/O ANY OFFICER, MANAGING AGENT OR GENERAL AGENT
1400 ATWATER DRIVE
MALVERN, PA 19355

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard G. Meyer
Mathew R. Klein
Mark D. Guilfoyle
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, KY 41017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-22-18

Robert R. Carr, Clerk

*Signature of Clerk or Deputy Clerk*

KRB

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-00146-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❑ I personally served the summons on the individual at *(place)*

on *(date)* ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

❑ I returned the summons unexecuted because ; or

❑ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: